**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>Xceligent, Inc.<br>    Debtor. | Chapter 7<br>Case No.  17-12937 (CSS) |
| In re:<br>ePropertyData.com, LLC<br>    Debtor. | Chapter 7<br>Case No.  17-12938 (CSS) |
| In re:<br>Karnes Research Company, LLC<br>    Debtor. | Chapter 7<br>Case No.  17-12939 (CSS) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 12, 2018 AT 10:00 A.M.**

**UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION**

1. Trustee's Motion for (A) an Order (I) Establishing Bidding Procedures for the Sale of Certain of the Debtors' Assets; (II) Approving Break-Up Fee; (III) Approving Form and Manner of Sale Notice; and (IV) Scheduling an Auction and a Hearing to Consider the Approval of the Sale; (B) an Order (I) Approving the Sale of Certain of the Debtors' Assets Free and Clear of Claims, Liens and Interests; and (C) Certain Related Relief [Filed 10/5/2018; Docket Nos. 180, 118, 120]

    **Related Documents:** (a) Entered Bidding Procedures Order
                 [Filed 11/6/2018; Docket No. 202, 140, 142]

               (b) Notice of Successful Bidder and Cancellation of Auction
                 [Filed 11/28/2018; Doc. Nos. 207, 145, 147]

               (c) Affidavit Regarding Good Faith of Stalking Horse Purchaser
                 [Filed 12/4/2018; Doc. Nos. 208, 146, 148]

               (d) Certification of Counsel Regarding Proposed Order Approving the Sale of Certain of the Debtors' Assets
                 [Filed 12/10/2018; Docket No. 209, 147, 149]

               (e) Revised Proposed Sale Order

    Objection Deadline:   November 28, 2018 at  4:00 p.m.

2

| | | |
|---|---|---|
| Responses Received: | | Informal comments received from the Office of the United States Trustee ("OUST") |
| Status: | | Informal comments received from the Office of the United States Trustee have been resolved.  Certification of Counsel has been filed certifying no objection.  Trustee requests entry of the Revised Sale Order. |

*Copy of Fee Application Previously Submitted in Professional Fee Binder:*

2. Application of Cozen O'Connor as Counsel to the Trustee for Allowance of First Interim Compensation and Reimbursement of Expenses for the Period December 14, 2107 through November 16, 2018
[Filed 11/21/2018; Docket Nos. 206, 144, 146]

| | | |
|---|---|---|
| Related Documents: | (a) | Certification of No Objection [Filed 12/10/2018; Docket Nos. 210, 148, 150] |
| | (b) | Proposed Order |
| Objection Deadline: | | December 5, 2018 at 4:00 p.m. |
| Responses Received: | | None |
| Status: | | Certification of No Objection filed.  Movant requests entry of the Proposed Order. |

Dated:  December 10, 2018

COZEN O'CONNOR

By: */s/ John T. Carroll, III*
_____
John T. Carroll, III (DE No. 4060)
1201 North Market Street
Suite 1001
Wilmington, DE  19801
Telephone:  (302) 295-2000
Facsimile:  (302) 295-2013
jcarroll@cozen.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*

2