# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>XCELIGENT, INC.,<br><br>                Debtor. | Chapter 7<br>Bankr. Case No. 17-12937-CSS |
| JEAN MORRIS, on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>XCELIGENT, INC., DMG INFORMATION, INC., and DMGT, PLC,<br><br>                Defendants. | Adv. Pro. No. 17-51884-CSS |

## CASE STATUS REPORT – STATUS F

Pursuant to the Court's February 28, 2019 Order [Docket No. 35], Plaintiff, Jean Morris, on behalf of herself and all others similarly situated, submit this Case Status Report in connection with the above-captioned adversary proceeding.

On December 14, 2017, the Debtor filed a Voluntary Petition for Relief under Chapter 7 of the Bankruptcy Code.

On December 20, 2017, Plaintiff filed her Class Action Adversary Proceeding Complaint [Docket No. 1] (the "Complaint") alleging that Defendants violated the Worker Adjustment Retraining and Notification Act (the "WARN Act") and seeking, on behalf of herself and all others similarly situated an allowed claim in an amount equal to 60 days wages and benefits for each affected employee.

On May 21, 2018, Defendant DMG Information Inc and DMGT, PLC filed their Motion to Dismiss the Adversary Proceeding. The Court granted their Motion on July 31, 2018.

On October 2, 2018, the Trustee answered the Complaint.

Counsel for Plaintiff and the Trustee have discussed the current status of the estate and the potential for recovery to priority creditors.  Trustee's counsel is endeavoring to provide additional information to Plaintiff's counsel, which will inform the parties' litigation posture.

Dated:  March 21, 2019               Respectfully submitted,

/s/ René S. Roupinian
René S. Roupinian
Jack A. Raisner
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Fl.
New York, NY 10017
Telephone:  (212) 245-1000

Christopher D. Lozides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:  (302) 654-02