IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Xceligent, Inc.,<br><br>        Debtor. | Chapter 7<br>Case No.  17-12937 (CSS)<br><br>Related Doc. No.  228, 230 |

**ORDER GRANTING TRUSTEE'S MOTION FOR APPROVAL OF SETTLEMENT OF PUTATIVE CLASS ACTION**

**AND NOW**, upon consideration of the Trustee's Motion for Approval of Settlement of Putative Class Action (the "Motion");[1] and the Court finding that it has jurisdiction over this matter pursuant to 28 U.S.C. §1334; and the Court finding that notice of the Motion was adequate and appropriate under the circumstances and that no further notice is necessary; and the Court further finding that good cause exists for granting the relief requested in the Motion; therefore, after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. The Settlement Agreement is approved.

3. The Trustee is authorized to enter into the Settlement Agreement, and to take any actions necessary to carry out the terms thereof.

---

[1] Capitalized terms not defined in this Order shall have the meanings provided in the Motion.

LEGAL\39397903\6 00600.9698.000/420979.000

4. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order and the Settlement approved herein.

*[signature]*

Dated: May 13th, 2019
Wilmington, Delaware

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

2