# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Xceligent, Inc. <br><br> Debtor. | Chapter 7 <br><br> Case No. 17-12937 (CSS) |
| In re: <br><br> ePropertyData.com, LLC <br><br> Debtor. | Chapter 7 <br><br> Case No. 17-12938 (CSS) |
| In re: <br><br> Karnes Research Company, LLC <br><br> Debtor. | Chapter 7 <br><br> Case No. 17-12939 (CSS) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 13, 2019 AT 10:45 A.M.**

**UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION:**

1. Trustee's Motion for Approval of Global Settlement Agreement with CoStar Entities and Certain Insurers Filed by Alfred T. Giuliano, Trustee
[Filed 10/22/2019; Docket Nos. 250, 175, 177]

   Related Documents:    (a) Certification of No Objection
   [Filed 11/7/2019; Docket Nos. 255, 177, 179]

                                  (b) Proposed Order

   Objection Deadline:    November 6, 2019 at 4:00 p.m.

   Responses Received:    None

   Status:    Certification of No Objection has been filed. Trustee requests entry of the Proposed Order.

2.  Motion of Chapter 7 Trustee for Approval of Settlement Agreement with Certain Insurers Regarding Xceligent Estate's Claim for Reimbursement of Pre-Petition Litigation Defense Costs
    [Filed 10/22/2019; Doc. No. 251]

    | | | |
    |---|---|---|
    | Related Documents: | (a) | Certification of No Objection [Filed 11/7/2019; Docket No. 256] |
    | | (b) | Proposed Order |
    | Objection Deadline: | | November 6, 2019 at 4:00 p.m. |
    | Responses Received: | | None |
    | Status: | | Certification of No Objection has been filed. Trustee requests entry of the Proposed Order. |

Dated: November 8, 2019

COZEN O'CONNOR

By: */s/ John T. Carroll, III*

John T. Carroll, III (DE No. 4060)
1201 North Market Street
Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
jcarroll@cozen.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*