## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: XCELIGENT, INC. | § | Case No. 17-12937-JKS |
| a/k/a Xceligent Holdings, Inc. | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
Alfred T. Giuliano, Trustee (DE)          , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

824 Market Street, 3rd Floor
Wilmington, DE 19801

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 10:00am on 02/22/2024 in Courtroom 6, United States Courthouse,
824 North Market Street, 5th Floor
Wilmington, DE 19801.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   01/22/2024          By:   /s/ Alfred T. Giuliano
                                                    Trustee

Alfred T. Giuliano, Trustee (DE)
2301 E. Evesham Road
Pavilion 800, Suite 210
Voorhees, NJ  08043
(856) 767-3000

**UST Form 101-7-NFR (10/1/2010)**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: XCELIGENT, INC. | § | Case No. 17-12937-JKS |
| a/k/a Xceligent Holdings, Inc. | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $   18,932,744.91

*and approved disbursements of*     $   14,174,461.32

*leaving a balance on hand of* [1]     $   4,758,283.59

**Balance on hand:**     $    4,758,283.59

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 97 | Dallas County | 453.03 | 0.00 | 0.00 | 0.00 |
| 297S | Felicia Lovelace | 10,000.00 | 0.00 | 0.00 | 0.00 |
| 359 | YRC, Inc. | 0.00 | 0.00 | 0.00 | 0.00 |
| 359 -2 | YRC, Inc. | 28,402.51 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $    0.00

Remaining balance:   $   4,758,283.59

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - A. T. Giuliano, P.C. | 591,232.35 | 0.00 | 591,232.35 |
| Trustee, Expenses - A. T. Giuliano, P.C. | 1,357.62 | 0.00 | 1,357.62 |
| Attorney for Trustee, Fees - Baker Hostetler LLP | 0.00 | 0.00 | 0.00 |
| Attorney for Trustee, Expenses - Bielli & Klauder, LLC | 88.15 | 88.15 | 0.00 |
| Accountant for Trustee, Fees - Giuliano, Miller & Co., LLC | 565,720.50 | 561,258.50 | 4,462.00 |
| Accountant for Trustee, Expenses - Giuliano, Miller & Co., LLC | 9,616.85 | 9,468.35 | 148.50 |

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---|---|---|
| Charges, U.S. Bankruptcy Court | 6,650.00 | 0.00 | 6,650.00 |
| Other Fees: 4 Network Consulting | 15,825.00 | 15,825.00 | 0.00 |
| Other Expenses: Alabama Department of Revenue | 300.00 | 300.00 | 0.00 |
| Attorney for Trustee Fees - Bielli & Klauder, LLC | 9,804.50 | 8,497.50 | 1,307.00 |
| Attorney for Trustee Fees - Cozen O'Connor | 1,139,596.00 | 1,087,191.00 | 52,405.00 |
| Attorney for Trustee Fees - Flaster/Greenberg P.C. | 43,159.81 | 43,159.81 | 0.00 |
| Attorney for Trustee Expenses - Cozen O'Connor | 29,970.28 | 26,740.99 | 3,229.29 |
| Other Fees: Emisonian, LLC | 12,187.50 | 12,187.50 | 0.00 |
| Other Fees: Ferry Joseph, P.A. | 2,574.00 | 2,574.00 | 0.00 |
| Other Fees: Glenn Soendker | 425.00 | 425.00 | 0.00 |
| Other Fees: JNR Adjustment Company, Inc. | 19,101.38 | 15,501.38 | 3,600.00 |
| Other Fees: Justin V. Williams | 3,500.00 | 3,500.00 | 0.00 |
| Other Fees: Konnec2it | 0.00 | 0.00 | 0.00 |
| Other Expenses: Amazon Web Services | 1,097,867.71 | 1,097,867.71 | 0.00 |
| Other Expenses: Arizona Department of Revenue | 50.00 | 50.00 | 0.00 |
| Other Expenses: Bettina D. Zaremba (fka Bettina Hickman) | 0.00 | 0.00 | 0.00 |
| Other Expenses: CoStar Realty Information, Inc. | 10,750,000.00 | 10,750,000.00 | 0.00 |
| Other Expenses: Connecticut Department of Revenue Services | 250.00 | 250.00 | 0.00 |
| Other Expenses: Dannelle Lauder | 0.00 | 0.00 | 0.00 |
| Other Expenses: Enterprise Fleet Management | 61,141.89 | 61,141.89 | 0.00 |
| Other Expenses: Franchise Tax Board | 800.00 | 800.00 | 0.00 |
| Other Expenses: Georgia Department of Revenue Processing Ctr | 10.00 | 10.00 | 0.00 |
| Other Expenses: Guesa USA LLC | 9,000.02 | 0.00 | 9,000.02 |
| Other Expenses: Hill Archive | 41,300.40 | 41,300.40 | 0.00 |
| Other Expenses: International Sureties, Ltd | 31,194.28 | 31,194.28 | 0.00 |
| Other Expenses: Iron Mountain Intellectual Property Mgt | 2,100.00 | 2,100.00 | 0.00 |
| Other Expenses: Jody Vanarsdale | 2,559.00 | 2,559.00 | 0.00 |
| Other Expenses: NYS Department of Tax & Finance, Corp-V | 32.00 | 32.00 | 0.00 |
| Other Expenses: New York City Department of Finance | 25.00 | 25.00 | 0.00 |
| Other Expenses: North Carolina Department of Revenue | 1,124.00 | 1,124.00 | 0.00 |
| Other Expenses: Oklahoma Tax Commission, Income Tax | 100.00 | 100.00 | 0.00 |

| | | | |
|---|---|---|---|
| Other Expenses: Page2Studio | 0.00 | 0.00 | 0.00 |
| Other Expenses: Paycom | 9,675.15 | 9,675.15 | 0.00 |
| Other Expenses: South Carolina Dept of Revenue | 25.00 | 25.00 | 0.00 |
| Other Expenses: Tennessee Department of Revenue | 400.00 | 400.00 | 0.00 |
| Other Expenses: TinEye | 26,884.88 | 26,884.88 | 0.00 |
| Other Expenses: Walnut Street Partners LLC | 73,184.00 | 73,184.00 | 0.00 |
| Other Expenses: Walnut Street Partners, LLC | 40,000.00 | 40,000.00 | 0.00 |
| Other Expenses: Wisconsin Department of Revenue | 25.00 | 25.00 | 0.00 |
| Other Expenses: YRC, Inc. | 85,207.53 | 0.00 | 85,207.53 |

Total to be paid for chapter 7 administration expenses: $ 758,599.31
Remaining balance: $ 3,999,684.28

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 3,999,684.28

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,768,640.54 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Alan Steinberg | 2,518.61 | 0.00 | 2,518.61 |
| 3 | Venessa Nicole Lee | 1,163.44 | 0.00 | 1,163.44 |
| 3 | Venessa Nicole Lee | 15.00 | 0.00 | 5.92 |
| 4P | Cara Immel | 5,384.81 | 0.00 | 5,384.81 |
| 5 | Matthew Nelson | 5,384.81 | 0.00 | 5,384.81 |
| 6 | Kimberly Marie Begley | 5,181.98 | 0.00 | 5,181.98 |
| 6 | Kimberly Marie Begley | 81.25 | 0.00 | 32.05 |
| 7P | Natalie Brage | 0.00 | 0.00 | 0.00 |
| 7P-2 | Natalie Brage | 150.00 | 0.00 | 59.17 |
| 7P-2 | Natalie Brage | 5,384.81 | 0.00 | 5,384.81 |
| 8 | Dawn E. Smith | 188.80 | 0.00 | 188.80 |

| 9 | Courtney Zimmer | 2,811.50 | 0.00 | 2,811.50 |
|---|---|---|---|---|
| 11 | Miranda Jones | 1,231.61 | 0.00 | 1,231.61 |
| 11 | Miranda Jones | 141.77 | 0.00 | 55.92 |
| 12 | Josh Parrish | 1,061.56 | 0.00 | 1,061.56 |
| 12 | Josh Parrish | 142.36 | 0.00 | 56.15 |
| 14 | Tamela Norwood | 0.00 | 0.00 | 0.00 |
| 14 | Tamela Norwood | 0.00 | 0.00 | 0.00 |
| 14 -2 | Tamela Norwood | 841.83 | 0.00 | 841.83 |
| 16 | Caitlin Middleton | 2,433.37 | 0.00 | 2,433.37 |
| 16 | Caitlin Middleton | 13.92 | 0.00 | 5.49 |
| 21P | Kyle Zenner | 150.00 | 0.00 | 59.17 |
| 21P | Kyle Zenner | 3,851.93 | 0.00 | 3,851.93 |
| 23 | Ian Hill | 1,857.91 | 0.00 | 1,857.91 |
| 35 | Amanda Ingram | 132.22 | 0.00 | 132.22 |
| 39 | Kesley De Miranda | 1,139.10 | 0.00 | 1,139.10 |
| 40 | June T. Reinert (fka Coffey) | 1,030.66 | 0.00 | 1,030.66 |
| 40 | June T. Reinert (fka Coffey) | 45.40 | 0.00 | 17.91 |
| 41 | Brent Hansen | 5,384.81 | 0.00 | 5,384.81 |
| 41 | Brent Hansen | 150.00 | 0.00 | 59.17 |
| 43P | Glenn Soendker | 5,384.81 | 0.00 | 5,384.81 |
| 43P | Glenn Soendker | 31.25 | 0.00 | 12.33 |
| 50 | Christopher M. Harmon | 3,830.22 | 0.00 | 3,830.22 |
| 50 | Christopher M. Harmon | 1,020.82 | 0.00 | 402.65 |
| 51 | Rebecca Joy Embry | 5,258.08 | 0.00 | 5,258.08 |
| 51 | Rebecca Joy Embry | 52.08 | 0.00 | 20.54 |
| 52P | Tamara J. Andrew | 2,875.00 | 0.00 | 2,875.00 |
| 53P | Jon Farr | 5,384.81 | 0.00 | 5,384.81 |
| 55 | Danny Teng | 5,080.94 | 0.00 | 5,080.94 |
| 56P | Bettina D. Zaremba (fka Betting Hickman) | 4,029.53 | 0.00 | 4,029.53 |
| 56P | Bettina D. Zaremba (fka Bettina Hickman) | 33.33 | 0.00 | 13.15 |
| 57P | Dannelle Lauder | 5,175.67 | 0.00 | 5,175.67 |
| 57P | Dannelle Lauder | 62.50 | 0.00 | 24.65 |
| 58 | Justin Scott Maxwell | 5,384.81 | 0.00 | 5,384.81 |

| 60 | Keith James Smith | 0.00 | 0.00 | 0.00 |
| 62 | Edward S. Haack | 5,384.81 | 0.00 | 5,384.81 |
| 62 | Edward S. Haack | 281.25 | 0.00 | 110.94 |
| 63 | Mandi Willesen | 3,456.73 | 0.00 | 3,456.73 |
| 63 | Mandi Willesen | 31.25 | 0.00 | 12.33 |
| 64 | Cassandra Dawn Sorah | 4,676.79 | 0.00 | 4,676.79 |
| 65 | Jared Patrick Williams | 0.00 | 0.00 | 0.00 |
| 65 -2 | Jared Patrick Williams | 3,429.20 | 0.00 | 3,429.20 |
| 65 -2 | Jared Patrick Williams | 25.00 | 0.00 | 9.86 |
| 66P | Michael Register | 5,384.81 | 0.00 | 5,384.81 |
| 66P | Michael Register | 141.57 | 0.00 | 55.84 |
| 68 | Kelli L. Britton | 343.71 | 0.00 | 343.71 |
| 70 | Robert James DuBroc | 4,841.48 | 0.00 | 4,841.48 |
| 70 | Robert James DuBroc | 231.00 | 0.00 | 91.12 |
| 71P | Jonathan Bliss | 3,355.83 | 0.00 | 3,355.83 |
| 72 | Dirk Koentopf | 5,384.81 | 0.00 | 5,384.81 |
| 73 | Amber Turney | 337.68 | 0.00 | 337.68 |
| 73 | Amber Turney | 31.25 | 0.00 | 12.33 |
| 77 | David J. Panico | 5,384.81 | 0.00 | 5,384.81 |
| 79 | Laura Duke Prewett | 5,384.81 | 0.00 | 5,384.81 |
| 79 | Laura Duke Prewett | 81.25 | 0.00 | 32.05 |
| 80 | John Gill | 5,384.81 | 0.00 | 5,384.81 |
| 81 | Brandy Johnston | 3,101.71 | 0.00 | 3,101.71 |
| 81 | Brandy Johnston | 71.25 | 0.00 | 28.10 |
| 84 | Carl David Brumbaugh | 643.38 | 0.00 | 643.38 |
| 84 | Carl David Brumbaugh | 25.00 | 0.00 | 9.86 |
| 85 | Brenda Sue Davenport | 0.00 | 0.00 | 0.00 |
| 85 -2 | Brenda Sue Davenport | 0.00 | 0.00 | 0.00 |
| 85 -3 | Brenda Sue Davenport | 1,545.35 | 0.00 | 1,545.35 |
| 85 -3 | Brenda Sue Davenport | 131.25 | 0.00 | 51.77 |
| 87 | James Bertolli | 5,384.81 | 0.00 | 5,384.81 |
| 95P | Patrick Caflisch | 1,879.56 | 0.00 | 1,879.56 |
| 97 | Dallas County | 453.03 | 0.00 | 0.00 |

| NYS | State of New York Department of Labor | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|
| 100 | California Franchise Tax Board | 800.00 | 0.00 | 0.00 |
| 102 -2 | Jane M. Chapman | 1,120.39 | 0.00 | 1,120.39 |
| 102 -2 | Jane M. Chapman | 41.66 | 0.00 | 16.43 |
| 107 | Jason Land | 861.65 | 0.00 | 861.65 |
| 109 | Monail Cole | 317.13 | 0.00 | 317.13 |
| 109 | Monail Cole | 20.00 | 0.00 | 7.89 |
| 110 | Park Place Realty Group, LLC | 0.00 | 0.00 | 0.00 |
| 119 | Kathy Woodard | 0.00 | 0.00 | 0.00 |
| 119 -2 | Kathy Woodard | 5,384.81 | 0.00 | 5,384.81 |
| 119 -2 | Kathy Woodard | 250.00 | 0.00 | 98.61 |
| 120 | Bob Milliken | 6,072.75 | 0.00 | 6,072.75 |
| 121 | Timothy Titus | 1,762.49 | 0.00 | 1,762.49 |
| 122 -3 | Crystal Shawn Wilson | 2,491.85 | 0.00 | 2,491.85 |
| 122 -3 | Crystal Shawn Wilson | 75.56 | 0.00 | 29.80 |
| 123 | Marc Miniman | 0.00 | 0.00 | 0.00 |
| 124 | Jeremy Miller | 3,676.68 | 0.00 | 3,676.68 |
| 125 | Diana Fredman | 119.32 | 0.00 | 119.32 |
| 126 | Vallerie Spears | 5,376.25 | 0.00 | 5,376.25 |
| 130 | Alicia Moe | 178.97 | 0.00 | 178.97 |
| 134 | Kimberly Marie Begley | 0.00 | 0.00 | 0.00 |
| 135 | Ryan S. Reddock | 6,239.84 | 0.00 | 6,239.84 |
| 135 | Ryan S. Reddock | 63.89 | 0.00 | 25.20 |
| 136 | Mireille Souvenir | 0.00 | 0.00 | 0.00 |
| 136 | Mireille Souvenir | 730.88 | 0.00 | 730.88 |
| 146 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 147 | Erika Oberg | 5,384.81 | 0.00 | 5,384.81 |
| 148 | Peter Denis Glover | 3,009.65 | 0.00 | 3,009.65 |
| 154 | Steig Seaward | 5,384.81 | 0.00 | 5,384.81 |
| 157 | Jonathan Bozeman | 3,623.91 | 0.00 | 3,623.91 |
| 161 | Amanda Beets | 3,356.98 | 0.00 | 3,356.98 |
| 161 | Amanda Beets | 12.76 | 0.00 | 5.03 |
| 162 | Blake M. Weller | 5,384.81 | 0.00 | 5,384.81 |

| 162 | Blake M. Weller | 97.92 | 0.00 | 38.62 |
| 163 | New York State Department of Taxation & Finance | 0.00 | 0.00 | 0.00 |
| 163 -2 | New York State Department of Taxation & Finance | 23,642.35 | 0.00 | 0.00 |
| 168 | Kevin C. Talbot | 5,384.81 | 0.00 | 5,384.81 |
| 173 | David ORell | 5,384.81 | 0.00 | 5,384.81 |
| 173 | David ORell | 182.22 | 0.00 | 71.87 |
| 174 | Missouri Department of Revenue | 12,329.00 | 0.00 | 0.00 |
| 177 | Cheryl Bailey | 331.40 | 0.00 | 331.40 |
| 177 | Cheryl Bailey | 34.91 | 0.00 | 13.77 |
| 178 -2 | Kenneth Adams | 5,384.81 | 0.00 | 5,384.81 |
| 179P | Brian K. Reece | 5,384.81 | 0.00 | 5,384.81 |
| 179P | Brian K. Reece | 139.58 | 0.00 | 55.06 |
| 184 | Jennifer A. Farino | 2,256.17 | 0.00 | 2,256.17 |
| 184 | Jennifer A. Farino | 44.27 | 0.00 | 17.46 |
| 185 | Michael A Farino | 305.44 | 0.00 | 305.44 |
| 185 | Michael A Farino | 7.92 | 0.00 | 3.12 |
| 188P | Chris Allen | 5,384.81 | 0.00 | 5,384.81 |
| 188P | Chris Allen | 75.00 | 0.00 | 29.58 |
| 188P | Chris Allen | 0.00 | 0.00 | 0.00 |
| 198P | Frances Youngstrom | 3,133.44 | 0.00 | 3,133.44 |
| 203P | Nancy Velder | 429.00 | 0.00 | 429.00 |
| 203P | Nancy Velder | 78.00 | 0.00 | 30.77 |
| 206 | Pam Fisher | 702.00 | 0.00 | 702.00 |
| 206 | Pam Fisher | 26.77 | 0.00 | 10.56 |
| 207P | Arline Walker | 108.60 | 0.00 | 108.60 |
| 207P | Arline Walker | 120.00 | 0.00 | 47.33 |
| 208 | ClientLook, LTD | 0.00 | 0.00 | 0.00 |
| 209 | ClientLook, LTD | 0.00 | 0.00 | 0.00 |
| 211 | Richard W. Masoner | 5,384.81 | 0.00 | 5,384.81 |
| 212 | Keith James Smith | 2,711.43 | 0.00 | 2,711.43 |
| 215 | Amber Bridges | 1,348.11 | 0.00 | 1,348.11 |
| 215 | Amber Bridges | 50.00 | 0.00 | 19.72 |

| 216P | Mickie Thomas | 1,314.40 | 0.00 | 1,314.40 |
|------|---------------|----------|------|----------|
| 216P | Mickie Thomas | 47.95 | 0.00 | 18.91 |
| 218 | Ashley Lindsey | 325.15 | 0.00 | 325.15 |
| 218 | Ashley Lindsey | 44.01 | 0.00 | 17.36 |
| 221 | Ronald W. Haley | 5,384.81 | 0.00 | 5,384.81 |
| 222 | Kristi Chapman | 542.50 | 0.00 | 542.50 |
| 222 | Kristi Chapman | 42.90 | 0.00 | 16.92 |
| 225 | Tonalea Rehmer | 593.13 | 0.00 | 593.13 |
| 225 | Tonalea Rehmer | 101.34 | 0.00 | 39.97 |
| 232 | Robert Agriopoulos | 2,261.85 | 0.00 | 2,261.85 |
| 235 | Lori Eckhoff | 183.49 | 0.00 | 183.49 |
| 235 | Lori Eckhoff | 6.28 | 0.00 | 2.48 |
| 236 | Hannah Eckhoff | 331.22 | 0.00 | 331.22 |
| 236 | Hannah Eckhoff | 6.28 | 0.00 | 2.48 |
| 238P | Monail Cole | 19.04 | 0.00 | 7.51 |
| 240 | Hannah Woodard | 435.09 | 0.00 | 435.09 |
| 241 | Eric William Groth | 5,384.81 | 0.00 | 5,384.81 |
| 244 | Ashley Herron | 299.92 | 0.00 | 299.92 |
| 244 | Ashley Herron | 26.34 | 0.00 | 10.39 |
| 245 | Pamela J Wade | 2,846.09 | 0.00 | 2,846.09 |
| 247P | Aaron Knight | 5,384.81 | 0.00 | 5,384.81 |
| 250 | Suresh Kumar Telu | 5,384.81 | 0.00 | 5,384.81 |
| 251 | Charity Faye Cole | 151.72 | 0.00 | 151.72 |
| 251 | Charity Faye Cole | 58.96 | 0.00 | 23.26 |
| 256 | Ohio Bureau of Workers' Compensation | 118.95 | 0.00 | 0.00 |
| 258 | Kelsie Thomas | 4,509.66 | 0.00 | 4,509.66 |
| 259P | Steven J. Golin | 5,384.81 | 0.00 | 5,384.81 |
| 261 | Natalie Lewis | 196.75 | 0.00 | 196.75 |
| 261 | Natalie Lewis | 29.25 | 0.00 | 11.54 |
| 262 | Michael Riely | 3,740.93 | 0.00 | 3,740.93 |
| 262 | Michael Riely | 139.58 | 0.00 | 55.06 |
| 263P | Tennessee Department of Revenue | 242.66 | 0.00 | 0.00 |
| 264P | Steve Harriss | 5,384.81 | 0.00 | 5,384.81 |

| 265 | Vickie May | 1,621.01 | 0.00 | 1,621.01 |
|---|---|---|---|---|
| 267 | Misty Belsha | 1,620.99 | 0.00 | 1,620.99 |
| 267 | Misty Belsha | 12.76 | 0.00 | 5.03 |
| 268P | Julie Ann Miller | 2,708.35 | 0.00 | 2,708.35 |
| 270 | Stacy Howard | 2,470.86 | 0.00 | 2,470.86 |
| 271P | Jody Vanarsdale | 0.00 | 0.00 | 0.00 |
| 272 | Tara Williams | 680.58 | 0.00 | 680.58 |
| 272 | Tara Williams | 52.50 | 0.00 | 20.71 |
| 273 | Forest C. Schaefer, Jr. | 2,400.79 | 0.00 | 2,400.79 |
| 274 | Brian D. Carlson | 3,499.25 | 0.00 | 3,499.25 |
| 275 | Matthew Long | 1,409.31 | 0.00 | 1,409.31 |
| 275 | Matthew Long | 155.19 | 0.00 | 61.21 |
| 276 | Matthew Liam Gleason | 0.00 | 0.00 | 0.00 |
| 276 | Matthew Liam Gleason | 3,114.11 | 0.00 | 3,114.11 |
| 280P | Ethan H. Jersild | 5,384.81 | 0.00 | 5,384.81 |
| 280P | Ethan H. Jersild | 175.00 | 0.00 | 69.03 |
| 281P | Gregory D. Hayden | 5,384.81 | 0.00 | 5,384.81 |
| 281P | Gregory D. Hayden | 31.25 | 0.00 | 12.33 |
| 283 | Bonnie J. Devine | 5,384.81 | 0.00 | 5,384.81 |
| 284 | Tina Brown | 1,579.30 | 0.00 | 1,579.30 |
| 286 | Christopher Matthew Allen | 832.32 | 0.00 | 832.32 |
| 288 | Bradley Halbert | 170.37 | 0.00 | 67.20 |
| 289P | Jeremy McQuown | 5,384.81 | 0.00 | 5,384.81 |
| 290P | Jeremy McQuown | 0.00 | 0.00 | 0.00 |
| 291 | Joseph Dame | 3,303.33 | 0.00 | 3,303.33 |
| 291 | Joseph Dame | 38.34 | 0.00 | 15.12 |
| 292 | Bryan Boykin | 1,337.69 | 0.00 | 1,337.69 |
| 293P | Stephen Keith | 4,306.00 | 0.00 | 4,306.00 |
| 297P | Felicia Lovelace | 108.24 | 0.00 | 108.24 |
| 297P | Felicia Lovelace | 196.86 | 0.00 | 77.65 |
| 299 | Sean Castle | 3,996.76 | 0.00 | 3,996.76 |
| 300 | Elena Graham | 675.00 | 0.00 | 675.00 |
| 302 | Ronald G. Dixon | 5,384.81 | 0.00 | 5,384.81 |

| 303 | Sean Pullin | 5,384.81 | 0.00 | 5,384.81 |
| 306P | Paul Stapleton | 3,164.47 | 0.00 | 3,164.47 |
| 307P-2 | Elizabeth Strohmeier | 5,384.81 | 0.00 | 5,384.81 |
| 307P-2 | Elizabeth Strohmeier | 404.82 | 0.00 | 159.68 |
| 308P | Peter E Galbiati, Jr. | 5,384.81 | 0.00 | 5,384.81 |
| 308P | Peter E Galbiati, Jr. | 467.08 | 0.00 | 184.23 |
| 309 | Kendall Meyer | 1,624.95 | 0.00 | 1,624.95 |
| 311P | Julie Meyer | 1,108.34 | 0.00 | 1,108.34 |
| 311P | Julie Meyer | 4.93 | 0.00 | 1.94 |
| 312 | Nikki L. Heffner | 243.03 | 0.00 | 243.03 |
| 314 | Ashley Naumann | 684.60 | 0.00 | 684.60 |
| 314 | Ashley Naumann | 14.43 | 0.00 | 5.69 |
| 321P | Peter Morris | 4,998.75 | 0.00 | 4,998.75 |
| 321P | Peter Morris | 26.34 | 0.00 | 10.39 |
| 322 | Neil Golub | 5,384.81 | 0.00 | 5,384.81 |
| 322 | Neil Golub | 175.69 | 0.00 | 69.30 |
| 325 | BlueCross BlueShield of Kansas City | 1,057,453.45 | 0.00 | 417,100.97 |
| 326 | Carol Campbell | 5,384.81 | 0.00 | 5,384.81 |
| 326 | Carol Campbell | 157.59 | 0.00 | 62.16 |
| 327P | Laura Morey | 147.52 | 0.00 | 147.52 |
| 327P | Laura Morey | 198.42 | 0.00 | 78.26 |
| 328 | Jean Morris | 903.39 | 0.00 | 903.39 |
| 333P | David Vaden | 5,384.81 | 0.00 | 5,384.81 |
| 334 | Cassandra Dawn Sorah | 0.00 | 0.00 | 0.00 |
| 335 | Justin V. Williams | 6,007.60 | 0.00 | 6,007.60 |
| 335 | Justin V. Williams | 46.02 | 0.00 | 18.15 |
| 336P | Erin Curry | 0.00 | 0.00 | 0.00 |
| 337 | Douglas Curry | 0.00 | 0.00 | 0.00 |
| 338 | Barbara Younger | 138.59 | 0.00 | 138.59 |
| 338 | Barbara Younger | 75.49 | 0.00 | 29.78 |
| 339P | Justin Lee Kelley | 1,539.13 | 0.00 | 1,539.13 |
| 339P | Justin Lee Kelley | 81.25 | 0.00 | 32.05 |
| 340 | Jennifer Hofstetter | 711.77 | 0.00 | 711.77 |

| 340 | Jennifer Hofstetter | 57.15 | 0.00 | 22.54 |
| 342 | Jennifer McQuown | 769.20 | 0.00 | 769.20 |
| 343 | Jessie Danielle Thornburg | 289.86 | 0.00 | 289.86 |
| 343 | Jessie Danielle Thornburg | 39.18 | 0.00 | 15.45 |
| 345 | LaMont Knazze, III | 2,078.90 | 0.00 | 2,078.90 |
| 345 | LaMont Knazze, III | 24.92 | 0.00 | 9.83 |
| 347P | Miranda Lynn Neel | 336.78 | 0.00 | 336.78 |
| 348 | Miranda Cirillo | 1,079.10 | 0.00 | 1,079.10 |
| 349 | Steven Triolet | 3,535.37 | 0.00 | 3,535.37 |
| 350 | Susan Lynn Bechtel | 222.43 | 0.00 | 222.43 |
| 350 | Susan Lynn Bechtel | 37.53 | 0.00 | 14.80 |
| 351 | Kyla O'Dell | 315.13 | 0.00 | 315.13 |
| 352P | Ana Isabel Besu | 1,383.44 | 0.00 | 1,383.44 |
| 353P | Jody Vanarsdale | 5,384.81 | 0.00 | 5,384.81 |
| 354 | Charles Giddley | 0.00 | 0.00 | 0.00 |
| 354P-2 | Charles Giddley | 1,186.00 | 0.00 | 1,186.00 |
| 358 | Christopher Hagerup, Jr. | 1,020.27 | 0.00 | 1,020.27 |
| 358 | Christopher Hagerup, Jr. | 86.05 | 0.00 | 33.94 |
| 360 | Jon Holm | 5,384.81 | 0.00 | 5,384.81 |
| 360 | Jon Holm | 165.92 | 0.00 | 65.45 |
| 361 | Amy Lukes | 5,235.77 | 0.00 | 5,235.77 |
| 361 | Amy Lukes | 36.18 | 0.00 | 14.27 |
| 364P | Charles Francis Shirley | 5,384.81 | 0.00 | 5,384.81 |
| 365 | C. E. Jayne Phillips | 204.05 | 0.00 | 204.05 |
| 365 | C. E. Jayne Phillips | 52.11 | 0.00 | 20.55 |
| 366 | Kyle Brookmole | 3,798.75 | 0.00 | 3,798.75 |
| 367P | Anh Bui (Jung) | 5,384.81 | 0.00 | 5,384.81 |
| 367P | Anh Bui (Jung) | 54.80 | 0.00 | 21.62 |
| 368 | Benjamin Harris Wilson | 5,384.81 | 0.00 | 5,384.81 |
| 368 | Benjamin Harris Wilson | 231.00 | 0.00 | 91.12 |
| 369P | Shannon Longshore | 549.90 | 0.00 | 549.90 |
| 370P | Daniel P Rice | 5,384.81 | 0.00 | 5,384.81 |
| 371 | Daniel P Rice | 0.00 | 0.00 | 0.00 |

| 373 | Texas Comptroller of Public Accounts | 15,640.15 | 0.00 | 0.00 |
|---|---|---|---|---|
| 374P | Nathan Lipowicz | 0.00 | 0.00 | 0.00 |
| 374P-2 | Nathan Lipowicz | 0.00 | 0.00 | 0.00 |
| 374P-3 | Nathan Lipowicz | 0.00 | 0.00 | 0.00 |
| 375P | Nathan Lipowicz | 0.00 | 0.00 | 0.00 |
| 376 | Sidney McCrary | 0.00 | 0.00 | 0.00 |
| 377 | Lynn Cirillo | 0.00 | 0.00 | 0.00 |
| 378 | State of New Jersey | 1,000.00 | 0.00 | 0.00 |
| 381 | Brenda E. Lane | 0.00 | 0.00 | 0.00 |
| 381 | Brenda E. Lane | 4.93 | 0.00 | 0.00 |
| 385 | State of New York Department of Labor | 87.70 | 0.00 | 0.00 |
| 387 | Blank | 0.00 | 0.00 | 0.00 |
| FUTA | EFTPS | 28,759.85 | 0.00 | 0.00 |
| WARN | Morris v. Xceligent QSF | 0.00 | 0.00 | 3,100,000.00 |
| FICAER | EFTPS | 29,718.44 | 0.00 | 0.00 |
| MEDIER | EFTPS | 6,950.26 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 3,999,684.28

Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,615,089.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | City of Grapevine | 4,050.00 | 0.00 | 0.00 |
| 1 | City of Cambridge | 3,445.00 | 0.00 | 0.00 |
| 2 | City of Cleveland | 1,265.63 | 0.00 | 0.00 |
| 4U | Cara Immel | 164.70 | 0.00 | 0.00 |
| 4U | Cara Immel | 0.00 | 0.00 | 0.00 |
| 5 | Matthew Nelson | 0.00 | 0.00 | 0.00 |
| 7P-2 | Natalie Brage | 0.00 | 0.00 | 0.00 |

| 7U | Natalie Brage | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|
| 7U-2 | Natalie Brage | 0.00 | 0.00 | 0.00 |
| 8 | Dawn E. Smith | 0.00 | 0.00 | 0.00 |
| 9 | Courtney Zimmer | 0.00 | 0.00 | 0.00 |
| 10 | Erika Oberg | 0.00 | 0.00 | 0.00 |
| 11 | Miranda Jones | 0.00 | 0.00 | 0.00 |
| 12 | Josh Parrish | 0.00 | 0.00 | 0.00 |
| 13 | James Bertolli | 0.00 | 0.00 | 0.00 |
| 15 | Natalie Lewis | 0.00 | 0.00 | 0.00 |
| 16 | Caitlin Middleton | 0.00 | 0.00 | 0.00 |
| 17 | Larry Cornell | 381.00 | 0.00 | 0.00 |
| 18 | Sperry Properties, Inc. | 207.93 | 0.00 | 0.00 |
| 19 | Brookstone Realty and Investment | 190.50 | 0.00 | 0.00 |
| 20 | Evergreen Commercial Properties | 247.50 | 0.00 | 0.00 |
| 21U | Kyle Zenner | 0.00 | 0.00 | 0.00 |
| 22 | Walnut Residence, LLC | 190.50 | 0.00 | 0.00 |
| 23 | Ian Hill | 0.00 | 0.00 | 0.00 |
| 24 | The Myers Y. Cooper Company | 2,938.71 | 0.00 | 0.00 |
| 25 | City of Englewood | 4,200.00 | 0.00 | 0.00 |
| 26 | Harold Seagroves | 2,400.00 | 0.00 | 0.00 |
| 27 | CJ Dunn Commercial | 230.53 | 0.00 | 0.00 |
| 28 | Cook Appraisal, LLC | 4,356.00 | 0.00 | 0.00 |
| 29 | Gaston County Tax | 2,000.00 | 0.00 | 0.00 |
| 30 | Vogt Santer Insights Appraisal | 940.01 | 0.00 | 0.00 |
| 31 | Reponzell Morris & Assoc., LLC | 185.00 | 0.00 | 0.00 |
| 32 | JE Commercial Realty | 1,064.75 | 0.00 | 0.00 |
| 33 | NAI Bergman | 1,284.00 | 0.00 | 0.00 |
| 34 | Continental Appraisal Service | 2,160.00 | 0.00 | 0.00 |
| 35 | Amanda Ingram | 0.00 | 0.00 | 0.00 |
| 36 | Gary P. Metzler | 500.00 | 0.00 | 0.00 |
| 37 | Linda Huntsman | 142.13 | 0.00 | 0.00 |
| 38 | Page2Studio | 9,475.00 | 0.00 | 0.00 |
| 39 | Kesley De Miranda | 0.00 | 0.00 | 0.00 |

| 40 | June T. Reinert (fka Coffey) | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|
| 41 | Brent Hansen | 0.00 | 0.00 | 0.00 |
| 41 | Brent Hansen | 0.00 | 0.00 | 0.00 |
| 42 | KW Commercial - Southlake | 2,404.90 | 0.00 | 0.00 |
| 43U | Glenn Soendker | 0.00 | 0.00 | 0.00 |
| 43U | Glenn Soendker | 0.00 | 0.00 | 0.00 |
| 44 | City of Big Lake | 360.00 | 0.00 | 0.00 |
| 45 | Barrett Nabors Commercial, LLC | 819.00 | 0.00 | 0.00 |
| 46 | O'Dell Service Co. Inc. | 1,610.00 | 0.00 | 0.00 |
| 47 | Russell Maas | 643.50 | 0.00 | 0.00 |
| 48 | Real Estate Associates | 8,710.97 | 0.00 | 0.00 |
| 49 | DCT Industrial | 735.00 | 0.00 | 0.00 |
| 52U | Tamara J. Andrew | 552.21 | 0.00 | 0.00 |
| 53U | Jon Farr | 0.00 | 0.00 | 0.00 |
| 53U | Jon Farr | 0.00 | 0.00 | 0.00 |
| 54 | XQC, Inc. d/b/a MB Liberty Associates | 685.00 | 0.00 | 0.00 |
| 55 | Danny Teng | 0.00 | 0.00 | 0.00 |
| 58 | Justin Scott Maxwell | 0.00 | 0.00 | 0.00 |
| 58 | Justin Scott Maxwell | 0.00 | 0.00 | 0.00 |
| 59 | Manor Brokerage, LLC - Manor Real Estate | 255.00 | 0.00 | 0.00 |
| 61 | Clarence Perry | 85.00 | 0.00 | 0.00 |
| 62 | Edward S. Haack | 0.00 | 0.00 | 0.00 |
| 62 | Edward S. Haack | 0.00 | 0.00 | 0.00 |
| 66U | Michael Register | 0.00 | 0.00 | 0.00 |
| 66U | Michael Register | 0.00 | 0.00 | 0.00 |
| 67 | Silverstein Solutions, LLC | 272.19 | 0.00 | 0.00 |
| 68 | Kelli L. Britton | 0.00 | 0.00 | 0.00 |
| 69 | Josey, Young & Brady Realty, LLC | 495.00 | 0.00 | 0.00 |
| 71U | Jonathan Bliss | 0.00 | 0.00 | 0.00 |
| 72 | Dirk Koentopf | 0.00 | 0.00 | 0.00 |
| 74 | Denny Elwell Company | 13,312.20 | 0.00 | 0.00 |
| 75 | Cooper Realty Investments | 0.00 | 0.00 | 0.00 |
| 76 | Benjamin Harris Wilson | 0.00 | 0.00 | 0.00 |

| 77 | David J. Panico | 0.00 | 0.00 | 0.00 |
| 78 | SKLD Title Services, Inc. | 10,540.00 | 0.00 | 0.00 |
| 79 | Laura Duke Prewett | 0.00 | 0.00 | 0.00 |
| 80 | John Gill | 0.00 | 0.00 | 0.00 |
| 82 | Ellis & Tinsley, Inc. | 1,550.54 | 0.00 | 0.00 |
| 83 | Productive Real Estate, LLC | 518.08 | 0.00 | 0.00 |
| 86 | Schertz Economic Development Corporation | 1,500.00 | 0.00 | 0.00 |
| 87 | James Bertolli | 0.00 | 0.00 | 0.00 |
| 87 | James Bertolli | 0.00 | 0.00 | 0.00 |
| 88 | CoStar Realty Information, Inc. | 0.00 | 0.00 | 0.00 |
| 88 -2 | CoStar Realty Information, Inc. | 0.00 | 0.00 | 0.00 |
| 89 | WebFurther, LLC | 2,358.24 | 0.00 | 0.00 |
| 90 | Delaware County Economic Development | 4,583.33 | 0.00 | 0.00 |
| 91 | Blissard Management | 900.00 | 0.00 | 0.00 |
| 92 | Locus Real Estate Advisors, Inc. | 90.00 | 0.00 | 0.00 |
| 93 | Corn Enterprises, Inc. | 1,890.00 | 0.00 | 0.00 |
| 94 | Elrod Real Estate | 660.00 | 0.00 | 0.00 |
| 95U | Patrick Caflisch | 0.00 | 0.00 | 0.00 |
| 96 | Taylor & Mathis, Inc. | 3,428.76 | 0.00 | 0.00 |
| 98 | Masters-Hall Appraisal | 1,170.00 | 0.00 | 0.00 |
| 99 | Union County Tax Administration | 1,706.25 | 0.00 | 0.00 |
| 101 | Micah McKee | 0.00 | 0.00 | 0.00 |
| 102 | Jane M. Chapman | 0.00 | 0.00 | 0.00 |
| 102 -2 | Jane M. Chapman | 0.00 | 0.00 | 0.00 |
| 103 | enCodePlus, LLC | 7,500.00 | 0.00 | 0.00 |
| 104 | Clark Gaines Properties | 3,944.80 | 0.00 | 0.00 |
| 105 | WEB Realty Company | 3,296.87 | 0.00 | 0.00 |
| 106 | Imperial Properties II, Inc. | 2,076.00 | 0.00 | 0.00 |
| 107 | Jason Land | 0.00 | 0.00 | 0.00 |
| 108 | VIA Group, LLC | 150.00 | 0.00 | 0.00 |
| 110 | Park Place Realty Group, LLC | 250.00 | 0.00 | 0.00 |
| 111 | Independence Real Estate, LLC | 405.00 | 0.00 | 0.00 |
| 112 | Siderow Commercial Group | 5,574.40 | 0.00 | 0.00 |

| 113 | Quine & Associates | 4,747.28 | 0.00 | 0.00 |
| 114 | Henry & Company | 127.50 | 0.00 | 0.00 |
| 115 | TripleMint | 3,900.00 | 0.00 | 0.00 |
| 116 | Cooper Commercial, Inc. | 2,756.12 | 0.00 | 0.00 |
| 117 | City of Alvin, Texas | 4,320.00 | 0.00 | 0.00 |
| 118 | Sarasota County Property Appraiser | 7,203.29 | 0.00 | 0.00 |
| 119 -2 | Kathy Woodard | 0.00 | 0.00 | 0.00 |
| 120 | Bob Milliken | 0.00 | 0.00 | 0.00 |
| 122 | Crystal Shawn Wilson | 0.00 | 0.00 | 0.00 |
| 122 -2 | Crystal Shawn Wilson | 0.00 | 0.00 | 0.00 |
| 123 | Marc Miniman | 0.00 | 0.00 | 0.00 |
| 123 -2 | Marc Miniman | 0.00 | 0.00 | 0.00 |
| 123 -3 | Marc Miniman | 1,667.00 | 0.00 | 0.00 |
| 126 | Vallerie Spears | 0.00 | 0.00 | 0.00 |
| 127 | City of Powell Ohio | 3,960.00 | 0.00 | 0.00 |
| 128 | Fidelity Bank - Kansas City | 1,495.00 | 0.00 | 0.00 |
| 129 | City of Rancho Santa Margarita | 2,750.00 | 0.00 | 0.00 |
| 131 | Fidelity Bank - Oklahoma | 2,576.00 | 0.00 | 0.00 |
| 132 | Stephen B. Alliegro | 0.00 | 0.00 | 0.00 |
| 133 | Parkland Health & Hospital System | 2,025.00 | 0.00 | 0.00 |
| 137 | Bane-Fisher Capital Advisors | 318.00 | 0.00 | 0.00 |
| 138 | Lary B. Cowart | 525.00 | 0.00 | 0.00 |
| 139 | Pink Ribbon Properties, LLC | 1,200.00 | 0.00 | 0.00 |
| 140 | SVN/The Genesis Group | 1,968.00 | 0.00 | 0.00 |
| 141 | Cooper Communities, Inc. | 1,424.52 | 0.00 | 0.00 |
| 142 | KB Valuation Services | 181.50 | 0.00 | 0.00 |
| 143 | Johnston County Economic Development | 0.00 | 0.00 | 0.00 |
| 144 | Myers Real Estate | 0.00 | 0.00 | 0.00 |
| 145 | City of Barberton | 3,250.00 | 0.00 | 0.00 |
| 146 -2 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 147 | Erika Oberg | 0.00 | 0.00 | 0.00 |
| 149 | Eminent Valuations, PLLC | 1,154.91 | 0.00 | 0.00 |
| 150 | Kearney Commercial Realty, Inc. | 415.00 | 0.00 | 0.00 |

| 151 | Clarion Partners LLC | 40,536.98 | 0.00 | 0.00 |
| 152 | Julie Ann Miller | 12.76 | 0.00 | 0.00 |
| 153 | Alliance Commercial Real Estate Services | 0.00 | 0.00 | 0.00 |
| 154 | Steig Seaward | 0.00 | 0.00 | 0.00 |
| 155 | Healthy Solutions, Inc. | 192.02 | 0.00 | 0.00 |
| 156 | Realty Group International USA Inc. | 979.88 | 0.00 | 0.00 |
| 158 | The Quad Alliance of South Charlotte Communities | 4,500.00 | 0.00 | 0.00 |
| 159 | Maverick Commercial Real Estate, L.P. | 2,238.60 | 0.00 | 0.00 |
| 160 | Misty Belsha | 0.00 | 0.00 | 0.00 |
| 162 | Blake M. Weller | 0.00 | 0.00 | 0.00 |
| 162 | Blake M. Weller | 0.00 | 0.00 | 0.00 |
| 164 | Federal Insurance Company c/o Chubb | 0.00 | 0.00 | 0.00 |
| 165 | City of Titusville - Economic Development Dept. | 3,780.00 | 0.00 | 0.00 |
| 166 | Time Warner Cable | 1,376.70 | 0.00 | 0.00 |
| 167 | The Krauss Organization, Inc. | 4,158.00 | 0.00 | 0.00 |
| 168 | Kevin C. Talbot | 0.00 | 0.00 | 0.00 |
| 168 | Kevin C. Talbot | 0.00 | 0.00 | 0.00 |
| 169 | City of the Colony - EDC | 1,844.64 | 0.00 | 0.00 |
| 170 | Melvin Dale Howard, Jr | 1,440.00 | 0.00 | 0.00 |
| 171 | E/MAX Platinum Living - Commercial Division | 1,080.00 | 0.00 | 0.00 |
| 172 | Guy Dorey | 29,010.00 | 0.00 | 0.00 |
| 173 | David ORell | 0.00 | 0.00 | 0.00 |
| 175 | Slutzky Realty Group, Inc. | 0.00 | 0.00 | 0.00 |
| 176 | American Capital Properties, LLC | 0.00 | 0.00 | 0.00 |
| 178 | Kenneth Adams | 0.00 | 0.00 | 0.00 |
| 178 -2 | Kenneth Adams | 0.00 | 0.00 | 0.00 |
| 178 -2 | Kenneth Adams | 0.00 | 0.00 | 0.00 |
| 179P | Brian K. Reece | 0.00 | 0.00 | 0.00 |
| 179U | Brian K. Reece | 149.23 | 0.00 | 0.00 |
| 180 | Scott MacDonald | 591.00 | 0.00 | 0.00 |
| 181 | Diann Cowling | 436.54 | 0.00 | 0.00 |

| 182 | Country Manor | 1,174.24 | 0.00 | 0.00 |
| 183 | Altus Realty Group | 0.00 | 0.00 | 0.00 |
| 184 | Jennifer A. Farino | 0.00 | 0.00 | 0.00 |
| 185 | Michael A Farino | 0.00 | 0.00 | 0.00 |
| 186 | City of Springdale, Ohio | 654.00 | 0.00 | 0.00 |
| 187 | City of Dublin, Ohio | 4,200.00 | 0.00 | 0.00 |
| 188U | Chris Allen | 0.00 | 0.00 | 0.00 |
| 189 | Herndon & Kelley Commercial Real Estate | 1,890.00 | 0.00 | 0.00 |
| 190 | Innovate Graphics | 1,403.21 | 0.00 | 0.00 |
| 191 | Cushman & Wakefield - CoSprgs | 287.98 | 0.00 | 0.00 |
| 192 | Denver Metro Commercial Association of Realtors | 0.00 | 0.00 | 0.00 |
| 193 | Shoppas Material Handling | 10,574.72 | 0.00 | 0.00 |
| 194 | Scott Spencer, MAI | 681.22 | 0.00 | 0.00 |
| 195 | JobsOhio | 16,125.00 | 0.00 | 0.00 |
| 196 | Capital Real Estate Partners | 170.50 | 0.00 | 0.00 |
| 197 | Flushing Business Improvement District | 1,700.00 | 0.00 | 0.00 |
| 198U | Frances Youngstrom | 0.00 | 0.00 | 0.00 |
| 199 | Matrix Holdings | 4,170.00 | 0.00 | 0.00 |
| 200 | Chrisman Commercial | 0.00 | 0.00 | 0.00 |
| 201 | Veritas Commercial | 425.00 | 0.00 | 0.00 |
| 202 | Shelley Shores | 209.00 | 0.00 | 0.00 |
| 203U | Nancy Velder | 198.35 | 0.00 | 0.00 |
| 204 | Douglas County, Colorado | 9,585.00 | 0.00 | 0.00 |
| 205 | Courtyard Marriott | 3,890.00 | 0.00 | 0.00 |
| 206 | Pam Fisher | 0.00 | 0.00 | 0.00 |
| 208 | ClientLook, LTD | 6,813.48 | 0.00 | 0.00 |
| 209 | ClientLook, LTD | 7,024.98 | 0.00 | 0.00 |
| 210 | Michael Griffin | 207.24 | 0.00 | 0.00 |
| 211 | Richard W. Masoner | 0.00 | 0.00 | 0.00 |
| 211 | Richard W. Masoner | 0.00 | 0.00 | 0.00 |
| 213 | Speridian Technologies, LLC | 112,360.00 | 0.00 | 0.00 |
| 214 | Diane Sanford-Caldwell | 0.00 | 0.00 | 0.00 |

| 216U | Mickie Thomas | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|
| 217 | Richard Park | 13,456.00 | 0.00 | 0.00 |
| 218 | Ashley Lindsey | 0.00 | 0.00 | 0.00 |
| 219 | Amelie Jane Carson | 900.00 | 0.00 | 0.00 |
| 220 | Houston Realtors Information Service, Inc. | 19,302.12 | 0.00 | 0.00 |
| 221 | Ronald W. Haley | 626.03 | 0.00 | 0.00 |
| 221 | Ronald W. Haley | 0.00 | 0.00 | 0.00 |
| 223 | Realty Service Group, LLC | 0.00 | 0.00 | 0.00 |
| 223 -2 | Realty Service Group, LLC | 123.24 | 0.00 | 0.00 |
| 224 | First Real Estate Companies | 260.00 | 0.00 | 0.00 |
| 225 | Tonalea Rehmer | 0.00 | 0.00 | 0.00 |
| 226 | Eugenia Williams | 1,872.00 | 0.00 | 0.00 |
| 227 | Major and Arroll, LLC | 1,200.00 | 0.00 | 0.00 |
| 228 | KenWheel, Inc. | 1,822.86 | 0.00 | 0.00 |
| 229 | SmartNet Web Solutions | 249.50 | 0.00 | 0.00 |
| 230 | Aureon Technology IT | 22,483.33 | 0.00 | 0.00 |
| 231 | Buchi Inc, d/b/a Mahisoft | 38,880.00 | 0.00 | 0.00 |
| 233 | BankLiberty | 6,615.00 | 0.00 | 0.00 |
| 234 | Benchmark Realty - Mt Juliet | 2,244.00 | 0.00 | 0.00 |
| 235 | Lori Eckhoff | 0.00 | 0.00 | 0.00 |
| 236 | Hannah Eckhoff | 0.00 | 0.00 | 0.00 |
| 237 | Stockwell Realty, LLC | 213.71 | 0.00 | 0.00 |
| 238U | Monail Cole | 0.00 | 0.00 | 0.00 |
| 239 | City of Avon Lake | 1,500.00 | 0.00 | 0.00 |
| 241 | Eric William Groth | 0.00 | 0.00 | 0.00 |
| 242 | Bruce Strumpf, Inc. | 579.97 | 0.00 | 0.00 |
| 243 | Benton Cook Property Tax Consulting Svcs | 624.42 | 0.00 | 0.00 |
| 246 | North Pointe Realty, Inc. | 1,159.49 | 0.00 | 0.00 |
| 247U | Aaron Knight | 0.00 | 0.00 | 0.00 |
| 247U | Aaron Knight | 588.09 | 0.00 | 0.00 |
| 247U | Aaron Knight | 0.00 | 0.00 | 0.00 |
| 248 | Michelle Johnson | 719.55 | 0.00 | 0.00 |
| 249 | American Express Travel Related Services Co., Inc | 96,911.38 | 0.00 | 0.00 |

| 250 | Suresh Kumar Telu | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|
| 252 | White Oak Commercial, Inc. | 1,179.00 | 0.00 | 0.00 |
| 253 | Accountemps | 5,103.46 | 0.00 | 0.00 |
| 254 | American Express Travel Related Services Co., Inc. | 7,001.05 | 0.00 | 0.00 |
| 255 | Beckerle Preferred Properties | 805.00 | 0.00 | 0.00 |
| 257 | Friend, Hudak & Harris, LLP | 12,977.30 | 0.00 | 0.00 |
| 258 | Kelsie Thomas | 0.00 | 0.00 | 0.00 |
| 259P | Steven J. Golin | 0.00 | 0.00 | 0.00 |
| 259U | Steven J. Golin | 0.00 | 0.00 | 0.00 |
| 260 | Kyla O'Dell | 0.00 | 0.00 | 0.00 |
| 263U | Tennessee Department of Revenue | 81.25 | 0.00 | 0.00 |
| 264U | Steve Harriss | 0.00 | 0.00 | 0.00 |
| 264U | Steve Harriss | 0.00 | 0.00 | 0.00 |
| 266 | Brandon Wilkins | 1,278.05 | 0.00 | 0.00 |
| 267 | Misty Belsha | 0.00 | 0.00 | 0.00 |
| 268U | Julie Ann Miller | 0.00 | 0.00 | 0.00 |
| 269 | Affinity Displays & Expositions, Inc. | 26,087.92 | 0.00 | 0.00 |
| 271U | Jody Vanarsdale | 0.00 | 0.00 | 0.00 |
| 273 | Forest C. Schaefer, Jr. | 0.00 | 0.00 | 0.00 |
| 275 | Matthew Long | 0.00 | 0.00 | 0.00 |
| 277 | CB Richard Ellis MEGA | 3,934.74 | 0.00 | 0.00 |
| 278 | Hamilton Appraisal Services LLC | 370.00 | 0.00 | 0.00 |
| 279 | Robert Ola Company, LLC | 1,266.97 | 0.00 | 0.00 |
| 280U | Ethan H. Jersild | 0.00 | 0.00 | 0.00 |
| 280U | Ethan H. Jersild | 0.00 | 0.00 | 0.00 |
| 281U | Gregory D. Hayden | 0.00 | 0.00 | 0.00 |
| 281U | Gregory D. Hayden | 0.00 | 0.00 | 0.00 |
| 281U | Gregory D. Hayden | 0.00 | 0.00 | 0.00 |
| 282 | Condado Group, Inc. | 13,265.17 | 0.00 | 0.00 |
| 283 | Bonnie J. Devine | 350.57 | 0.00 | 0.00 |
| 283 | Bonnie J. Devine | 0.00 | 0.00 | 0.00 |
| 284 | Tina Brown | 0.00 | 0.00 | 0.00 |

| 285 | Domain Realty, Inc. | 1,658.00 | 0.00 | 0.00 |
| 287 | Wells Fargo Vendor Financial Services, LLC | 22,450.68 | 0.00 | 0.00 |
| 289U | Jeremy McQuown | 0.00 | 0.00 | 0.00 |
| 293U | Stephen Keith | 759.58 | 0.00 | 0.00 |
| 294 | Southwestern Bell Telephone Company | 461.55 | 0.00 | 0.00 |
| 295 | Nancy Kallas | 1,320.00 | 0.00 | 0.00 |
| 296 | Minnesota Commercial Property Exchange | 0.00 | 0.00 | 0.00 |
| 296 -2 | Minnesota Commercial Property Exchange | 1,671,237.00 | 0.00 | 0.00 |
| 298 | Pradnya W. Martz | 2,100.00 | 0.00 | 0.00 |
| 301 | GFD Management, Inc. | 1,114.56 | 0.00 | 0.00 |
| 302 | Ronald G. Dixon | 0.00 | 0.00 | 0.00 |
| 302 | Ronald G. Dixon | 0.00 | 0.00 | 0.00 |
| 303 | Sean Pullin | 0.00 | 0.00 | 0.00 |
| 303 | Sean Pullin | 0.00 | 0.00 | 0.00 |
| 304 | Boozer & Company, P.C. | 2,079.00 | 0.00 | 0.00 |
| 305 | Glenda Hoyt | 587.45 | 0.00 | 0.00 |
| 306U | Paul Stapleton | 0.00 | 0.00 | 0.00 |
| 307 | Elizabeth Strohmeier | 0.00 | 0.00 | 0.00 |
| 307U-2 | Elizabeth Strohmeier | 0.00 | 0.00 | 0.00 |
| 307U-2 | Elizabeth Strohmeier | 0.00 | 0.00 | 0.00 |
| 308U | Peter E Galbiati, Jr. | 0.00 | 0.00 | 0.00 |
| 308U | Peter E Galbiati, Jr. | 0.00 | 0.00 | 0.00 |
| 310 | UruIT | 26,460.00 | 0.00 | 0.00 |
| 311U | Julie Meyer | 101.15 | 0.00 | 0.00 |
| 313 | URUIT SAS | 18,122.00 | 0.00 | 0.00 |
| 315 | Newmark Investor I, LLC | 1,900,000.00 | 0.00 | 0.00 |
| 316 | BishopBeale Realty | 6,206.67 | 0.00 | 0.00 |
| 317 | OnSite Retail Group, LLC | 3,110.00 | 0.00 | 0.00 |
| 318 | MPV Properties, LLC | 6,772.50 | 0.00 | 0.00 |
| 319 | Lumpkin Development | 1,440.00 | 0.00 | 0.00 |
| 320 | Renwood RealtyTrac, LLC, dba ATTOM Data Solutions | 127,000.00 | 0.00 | 0.00 |
| 321U | Peter Morris | 0.00 | 0.00 | 0.00 |

| 322 | Neil Golub | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|
| 323 | US Commercial Real Estate, LLC | 1,219.80 | 0.00 | 0.00 |
| 324 | Banc of America Merchant Services, LLC | 162,915.66 | 0.00 | 0.00 |
| 326 | Carol Campbell | 0.00 | 0.00 | 0.00 |
| 326 | Carol Campbell | 0.00 | 0.00 | 0.00 |
| 327U | Laura Morey | 167.00 | 0.00 | 0.00 |
| 329 | AT&T Corp. | 11,888.62 | 0.00 | 0.00 |
| 330 | CBRE, Inc. | 0.00 | 0.00 | 0.00 |
| 331 | HuntsvilleMadison County Chamber | 6,180.00 | 0.00 | 0.00 |
| 332 | Trek10,Inc. | 53,700.00 | 0.00 | 0.00 |
| 333U | David Vaden | 0.00 | 0.00 | 0.00 |
| 333U | David Vaden | 0.00 | 0.00 | 0.00 |
| 335 | Justin V. Williams | 0.00 | 0.00 | 0.00 |
| 336U | Erin Curry | 0.00 | 0.00 | 0.00 |
| 338 | Barbara Younger | 0.00 | 0.00 | 0.00 |
| 340 | Jennifer Hofstetter | 0.00 | 0.00 | 0.00 |
| 341 -2 | Guesa USA LLC | 0.00 | 0.00 | 0.00 |
| 341 -3 | Guesa USA LLC | 24,999.98 | 0.00 | 0.00 |
| 343 | Jessie Danielle Thornburg | 0.00 | 0.00 | 0.00 |
| 344 | PCM Leasing Corp. | 541,341.00 | 0.00 | 0.00 |
| 346 | AIR Commercial Real Estate Association | 716,845.18 | 0.00 | 0.00 |
| 347U | Miranda Lynn Neel | 302.00 | 0.00 | 0.00 |
| 350 | Susan Lynn Bechtel | 0.00 | 0.00 | 0.00 |
| 352U | Ana Isabel Besu | 0.00 | 0.00 | 0.00 |
| 353U | Jody Vanarsdale | 0.00 | 0.00 | 0.00 |
| 353U | Jody Vanarsdale | 0.00 | 0.00 | 0.00 |
| 354U-2 | Charles Giddley | 0.00 | 0.00 | 0.00 |
| 355 | DMGT US, Inc. f/k/a DMG US, Inc. | 0.00 | 0.00 | 0.00 |
| 356 | AT&T Long Distance, LLC | 0.00 | 0.00 | 0.00 |
| 357 | CoStar Group, Inc. | 0.00 | 0.00 | 0.00 |
| 358 | Christopher Hagerup, Jr. | 0.00 | 0.00 | 0.00 |
| 359 -2 | YRC, Inc. | 107,647.35 | 0.00 | 0.00 |
| 360 | Jon Holm | 0.00 | 0.00 | 0.00 |

| 362 | Charlotte Commercial Partners, Inc. | 900.00 | 0.00 | 0.00 |
|---|---|---|---|---|
| 363 | Quisumbing Torres | 26,802.06 | 0.00 | 0.00 |
| 364U | Charles Francis Shirley | 0.00 | 0.00 | 0.00 |
| 364U | Charles Francis Shirley | 0.00 | 0.00 | 0.00 |
| 365 | C. E. Jayne Phillips | 0.00 | 0.00 | 0.00 |
| 367U | Anh Bui (Jung) | 0.00 | 0.00 | 0.00 |
| 368 | Benjamin Harris Wilson | 0.00 | 0.00 | 0.00 |
| 369U | Shannon Longshore | 195.88 | 0.00 | 0.00 |
| 370U | Daniel P Rice | 0.00 | 0.00 | 0.00 |
| 370U | Daniel P Rice | 0.00 | 0.00 | 0.00 |
| 371 | Daniel P Rice | 0.00 | 0.00 | 0.00 |
| 384 | Walnut Street Partners, LLC | 4,796.20 | 0.00 | 0.00 |
| 386 | Alteryx, Inc | 0.00 | 0.00 | 0.00 |
| 386 -2 | Alteryx, Inc | 25,000.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 692,427.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 372 | Real Miami Commercial Real Estate, LLC | 0.00 | 0.00 | 0.00 |
| 374U | Nathan Lipowicz | 0.00 | 0.00 | 0.00 |
| 374U-2 | Nathan Lipowicz | 0.00 | 0.00 | 0.00 |
| 374U-3 | Nathan Lipowicz | 0.00 | 0.00 | 0.00 |
| 375U | Nathan Lipowicz | 0.00 | 0.00 | 0.00 |
| 376 | Sidney McCrary | 0.00 | 0.00 | 0.00 |
| 379 | Lisa Muller | 100,000.00 | 0.00 | 0.00 |
| 380 | Coastal Commercial Real Estate | 1,800.00 | 0.00 | 0.00 |
| 382 | Walnut Street Partners, LLC | 590,627.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

|  |  |  |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  |  |  |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By:    /s/Alfred T. Giuliano, Trustee (DE)

Trustee

Alfred T. Giuliano, Trustee (DE)
2301 E. Evesham Road
Pavilion 800, Suite 210
Voorhees, NJ  08043
(856) 767-3000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**